UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00519

**DeMichael Mims,**
*Plaintiff,*

v.

**Wells Fargo Bank,**
*Defendant.*

## ORDER

Plaintiff DeMichael Mims, proceeding pro se, filed this lawsuit alleging breach of contract and breach of fiduciary duty by defendant Wells Fargo Bank. The case was referred to United States Magistrate Judge John D. Love. On October 30, 2023, the magistrate judge issued a report recommending that this case be dismissed without prejudice for lack of subject-matter jurisdiction. Doc. 4. Plaintiff filed objections to the report and recommendation. Doc. 7.

The court reviews the objected-to portions of a report and recommendation de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

In his objections, plaintiff maintains his assertions that defendant is breaching its fiduciary duty by failing to follow plaintiff's instructions to apply credits to his principal balance, holding his securities from him, and closing his account without his authorization. Doc. 7. These objections simply restate plaintiff's allegations and fail to show how the court has subject-matter jurisdiction over any such claims. The court has reviewed the pleadings and filings in this case and agrees that it lacks subject-matter jurisdiction.

Accordingly, this case is dismissed without prejudice for lack of subject-matter jurisdiction. All motions pending in this civil action are denied.

*So ordered by the court on December 4, 2023.*

J. CAMPBELL BARKER
United States District Judge